IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                             CASE NO. 18-020255-RCT

EKITA MITCHELL                                     Chapter 7

_____Debtor(s)_____ /

## NOTICE OF RESCHEDULED 341 MEETING

Alisha Gordon, attorney for the Debtor, files this Notice regarding the rescheduled 341 meeting in this case. The Rescheduled 341 meeting will be held on Thursday, April 26, 2018 at 10:00 a.m. at 501 E. Polk St., Suite 100A, Tampa, FL 33602.

Date: April 9, 2018            /s/Alisha Gordon
                               Alisha Gordon, Esq.
                               Debtors Attorney
                               Law Office of Alisha Gordon, MBA
                               1101 Connecticut Ave NW Ste 450
                               Washington, DC 20036
                               Agordon188@aol.com
                               202-509-4680
                               Florida Bar 799491

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: EKITA MITCHELL | CASE NO: 8:18-bk-02025<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/9/2018, I did cause a copy of the following documents, described below,

Notice of Rescheduled 341 Meeting

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

Date: April 9, 2018              /s/Alisha Gordon
                                 Alisha Gordon, Esq.
                                 Debtors Attorney
                                 Law Office of Alisha Gordon, MBA
                                 1101 Connecticut Ave NW Ste 450
                                 Washington, DC 20036
                                 Agordon188@aol.com
                                 202-509-4680
                                 Florida Bar 799491

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: EKITA MITCHELL | CASE NO: 8:18-bk-02025 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 4/9/2018, a copy of the following documents, described below,

Notice of Rescheduled 341 Meeting

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

Date: April 9, 2018     /s/Alisha Gordon_____
　　　　　　　　　　　Alisha Gordon, Esq.
　　　　　　　　　　　Debtors Attorney
　　　　　　　　　　　Law Office of Alisha Gordon, MBA
　　　　　　　　　　　1101 Connecticut Ave NW Ste 450
　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　Agordon188@aol.com
　　　　　　　　　　　202-509-4680
　　　　　　　　　　　Florida Bar 799491

```
Aarons Sales & Lease
1015 Cobb Place Blvd NW
Kennesaw, GA 30144

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

American Resource Management
PO Box 4744
Lutherville Timonium, MD 21094

Amscot
PO Box 25137 Dept C
Tampa, FL 33622

Applied Bank
4700 Exchange Court
Boca Raton, FL 33431

Buddy's Home Furnishings
22952 State Rd 54
Lutz, FL 33549

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One NA
PO Box 26625
VA 23361

Cash in Advance
402 W Rancier Ave
Killeen, TX 76541

Conserve
200 Crosskeys Office Park
Fairport, NY 14450

Convergent Outsourcing
800 SW 39th St
PO Box 9004
Renton, WA 98057

Credit Protection
Po Box 802068
Dallas, TX 75380

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240

Debt Relief Legal Group
901 W Hillsborough Ave
Tampa, FL 33603

Department of the Treasury
Internal Revenue Service
Atlanta, GA 39901-0030

Dept of Treasury
Bureau of the Fiscal Servcie
Po Box 1686
Birmingham, AL 35201

Direct TV
PO Box 11732
Newark, NJ 07101

Downtown Urgent Care
916 Olive Street
Saint Louis, MO 63101

Future Income Payments
18300 Von Karman Ave
Suite 410
Irvine, CA 92612

Gm Financial
Po Box 181145
Arlington, TX 76096

IRS Special Procedures
Po Box 21126
Philadelphia, PA 19114

IRS-Central Insolvency Opera
2970 Market Street
Mail Stop Q30.133)
Philadelphia, PA 19104
```

```
Kaye Bender Rembaum
1200 Park Central Blvd South
Pompano Beach, FL 33064

Lando Resort Corp
3015 N Ocean Blvd Suite 12
Fort Lauderdale, FL 33308

Lend Green
Po Box 221
La du Flambeau, WI 54753

Loancare Servicing Center
3637 Sentara Way
Virginia Beach, VA 23452

M & T Credit Services
1100 Worley Drive
Consumer Asset Mgmt 2nd Floo
Williamsville, NY 14221

M&t Bank
1 Fountain Plz Fl 4
Buffalo, NY 14203

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804

Montgomery Cty Tchrs F
200 Professional
Gaithersburg, MD 20879

Motor Vehicle Administration
6601 Ritchie Highway NE
Glen Burnie, MD 21062

Penny Loan Services
Attn: Bankruptcy Dept
PO Box 51457
Los Angeles, CA 90051

Penny Mac
601 Condor Drive
Moorpark, CA 93021

Pioneer Credit Recovery
26 Edward Street
Arcade, NY 14009

Prince Geoge County Tax Lien
County Adminstration Buildin
14741 Governor Oden Bowie Dr
Upper Marlboro, MD 20772

Riverview Smiles
10389 Big Bend Rd
Riverview, FL 33578

Sar and Assoc.
8201 Peters Rd Suite 1000
Fort Lauderdale, FL 33324

Springleaf Financial S
601 NW 2nd St
Evansville, IN 47708

State of Maryland Comptrolle
80 Calvert Street
Annapolis, MD 21404

State of Maryland-CCU
300 West Preston Street
5th Floor Certification
Baltimore, MD 21201

SYNCB/Paypal
PO Box 103104
Roswell, GA 30076

Tidewater Motor Credit
6520 Indian River Rd
Virginia Beach, VA 23464

Toyota Motor Credit
Po Boxy 9786
Cedar Rapids, IA 52409

Us Bank
Cra Management
Oshkosh, WI 54903
```

```
USDA
Po Box 790170
Saint Louis, MO 63179

Usda Natl Finance Cntr
Po Box 60950
New Orleans, LA 70160

USDA-Claims Servcies Section
Po Box 61770
New Orleans, LA 70161

Valencia Lakes POA
16003 Valencia Club Drive
Wimauma, FL 33598

Verizon
Po Box 650584
Dallas, TX 75265

Verizon
500 Technology Drive
Suite 550
Weldon Springs, MO 63304

Zale/Sterling Jewelers
PO Box 1799
OH 43309
```