ORDERED.

Dated: June 22, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  Case No.: 8:18-bk-02025-MGW
 Chapter 7

Ekita L. Mitchell

_____DEBTOR_____/

**ORDER ON APPLICATION TO EMPLOY**

This cause came on for consideration upon the Application to Employ Patrick Butler of BK Global Real Estate Services for the Trustee in the above-captioned Chapter 7 case (Doc. No. 23, hereinafter "Application"). The Court has considered the Application, together with the record, and is satisfied that the Application is well taken and should be approved. Accordingly, it is ORDERED and ADJUDGED:

1. The Application is approved.

2. Patrick Butler and BK Global Real Estate Services may not receive compensation in this case without an Application to and an Order from this Court. Compensation will be determined later in accordance with 11 U.S.C. Sec 330

Trustee, Beth Ann Scharrer, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.